UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23588-CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SILA LUIS, ELSA RUIZ, and
MYRIAM ACEVEDO,

      Defendants.
_____/

## ORDER

The Court held a status conference in this matter on February 28, 2013. For the reasons discussed in open court, it is hereby

ORDERED that the Temporary Restraining Order entered in this action [DE # 11], as modified by subsequent orders [DE #30, #61, # 79, #100], is by agreement of the parties extended through April 1, 2013.

DONE and ORDERED in Chambers, Miami, Florida, March 1, 2013.

Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record