UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23588-CIV-HUCK/BANDSTRA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SILA LUIS, ELSA RUIZ, and
MYRIAM ACEVEDO,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL
## AS TO DEFENDANT MYRIAM ACEVEDO

Plaintiff United States of America and Defendant Myriam Acevedo hereby stipulate to the dismissal of the claims against her in this action and to the entry of an order dissolving the preliminary injunction entered against her on January 7, 2013 (DE # 80). A proposed order is attached.

Dated: January 7th, 2014

Respectfully submitted,

By: _____
    Myriam Acevedo
    *Pro Se*

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: *s/Susan Torres*
    Susan Torres
    Assistant United States Attorney
    Florida Bar No. 133590
    Susan.Torres@usdoj.gov
    99 N.E. 4th Street, Third Floor
    Miami, Florida 33132
    Telephone: (305) 961-9331
    Facsimile: (305) 530-7139
    *Counsel for United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was served this 8th day of January, 2014 via CM/ECF and on Defendant Myriam Acevedo, *pro se*, via U.S. mail at 2603 S.W. 139 Avenue, Miami, Florida 33175.

s/Susan Torres
Susan Torres