**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 12-23588-CIV-HUCK/BANDSTRA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

SILA LUIS, ELSA RUIZ, and
MYRIAM ACEVEDO,

      Defendants.

_____/

**ORDER DISSOLVING PRELIMINARY INJUNCTION AND**
**DISMISSING CASE AS TO DEFENDANT MYRIAM ACEVEDO**

THIS CAUSE comes before the Court on the parties' Joint Stipulation of Dismissal as to Defendant Myriam Acevedo. The Court has considered the Stipulation, the record in this case, and is otherwise fully advised. It is therefore hereby:

    **ORDERED and ADJUDGED** that:

    1. The Preliminary Injunction as to Defendant Myriam Acevedo entered by the Court on January 7, 2013 (DE # 80) is hereby DISSOLVED, and

    2. This action is DISMISSED as to Defendant Myriam Acevedo only.

    **DONE and ORDERED** in chambers in Miami, Florida this 8 day of January, 2014.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record