UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-23588-CIV-HUCK/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SILA LUIS, ELSA RUIZ, and
MYRIAM ACEVEDO,

    Defendants.
_____/



## ORDER

THIS MATTER is before the Court *sua sponte* upon examination of the record. On August 15, 2013, Defendant Sila Luis filed a Notice of Interlocutory Appeal [D.E. No. 126]. The Notice explained that Defendant appeals the granting of the United States' Motion for Preliminary Injunction and the denial of Luis' Motion to Modify the Restraining Order to Release Assets for the Defense of the Related Criminal Case. Because it appears there is nothing for the Court to do in the above-styled case, pending the resolution of the appeal, it is hereby,

ORDERED AND ADJUDGED that the Clerk of Court shall mark this case CLOSED for administrative purposes. The parties may file an appropriate motion to reopen the case as becomes necessary.

DONE in Chambers, Miami, Florida, on January 21, 2014.

                                                         Paul C. Huck
                                                         United States District Judge

**Copies furnished to**:
All Counsel of Record