UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, : CASE NO. 12-Civ-23588-HUCK
    Plaintiff,

v.

SILA LUIS, et al.,
    Defendants.

## ORDER MODIFYING PRELIMINARY INJUNCTION TO ALLOW DEFENDANT TO LIST THE PROPERTIES LOCATED AT 1250 WEST AVE, APTS 4D AND 4G, MIAMI BEACH, FL 33139

This matter is before the Court on the *Motion to Modify the Preliminary Injunction to Allow Defendant to List The Properties Located At 1250 West Ave, Apts. 4D and 4G, Miami Beach, Florida 33139.* For good cause shown, it is hereby

**ORDERED AND ADJUDGED** that the motion is **GRANTED**. Defendant Luis may engage Broker/Agent Jorge Andrade of Unlimited Real Estate Corp. to list and market the properties at a maximum commission rate of 6% of the sales price. Any purchase offer by a prospective buyer will be presented to the government and the court for approval. If a sale is consummated, the funds shall be deposited into the Court's registry pending the outcome of the litigation.

**DONE AND ORDERED** at Miami, Florida this 24 day of ~~February~~ MARCH, 2014.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Counsel of record