UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-23588-CIV-HUCK

UNITED STATES OF AMERICA

    Plaintiff,

v.

SILA LUIS, ELSA RUIZ, and
MYRIAM ACEVEDO,

    Defendants.
_____/

## RELEASE OF NOTICE OF LIS PENDENS

TO:    ALL PERSONS WHO MAY CLAIM BY, THROUGH, OR UNDER THE DEFENDANT AND/OR GRANTEE any interest in the real property described hereunder

NOTICE IS HEREBY GIVEN, that a certain lis pendens recorded in the Miami-Dade County land records on October 18, 2012, Official Records Book Number 28318, Page Numbers 1962-1963, giving notice of a Temporary Restraining Order entered by the United States District Court for the Southern District of Florida, and a certain right of redemption set forth in the Final Summary Judgment of Mortgage foreclosure recorded in Official Records Book Number 29204, Page Number 4996, are hereby released and discharged.  The releases relate to the real property located at 7174 SW 47th Street, No. 7174, Miami, Florida 33155, and further described as:

> Unit No. 7174, of SOUTH MIAMI BUSINESS CENTER SECTION FOUR CONDOMINIUM, A CONDOMINIUM, according to the Declaration of Condominium thereof, as recorded in Official Records Book 12790, at Page 1539, of the Public Records of Miami-Dade County, Florida.

Dated:  April 24, 2015                                    Respectfully submitted,

                                                      WIFREDO A. FERRER
                                                    UNITED STATES ATTORNEY

                                     By:  *s/Susan Torres*
                                               Susan Torres
                                               Assistant United States Attorney
                                               Florida Bar No. 133590
                                               Susan.Torres@usdoj.gov
                                               99 N.E. 4th Street, Third Floor
                                               Miami, Florida  33132
                                               Telephone: (305) 961-9331
                                               Facsimile: (305) 530-7139
                                               *Counsel for United States of America*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing document was served this 24th day of April, 2015 via CM/ECF.

                                               *s/Susan Torres*
                                               Susan Torres